# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)** | Civil Action No.  MDL 875 |
| Luella C. Pehlke, Individually and as Special Administrator of the Estate of Frank Pehlke Jr., Deceased, | PA-ED Case No. 12-CV-60049 |
| Plaintiff, | *Trans. from IL-ND Case# 1:12-cv-00596* |
| v. | *File Date: 1/26/2012* |
| A.O. Smith Corporation, et al., | |
| Defendants. | |

## NOTICE OF SERVICE OF
## ADMINISTRATIVE ORDER NO. 12 REPORT
___

TO: ALL PRESENT AND FUTURE COUNSEL OF RECORD

     **TAKE NOTICE** that on April 20, 2012, a Report Pursuant to Administrative Order No. 12 for the above captioned matter was served as outlined in the attached Certificate of Service of Administrative Order No. 12 Report. A copy shall be furnished to future counsel of record <u>upon request.</u>


/S/ Michael P. Cascino
Michael P. Cascino, Esq.
Attorney for plaintiff

Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Luella C. Pehlke, Individually and as Special Administrator of the Estate of Frank Pehlke Jr., Deceased,<br><br>Plaintiff,<br>v.<br><br>A.O. Smith Corporation, et al.,<br><br>Defendants. | PA-ED Case No. 12-CV-60049<br><br>*Trans. from IL-ND Case# 1:12-cv-00596*<br>*File Date: 1/26/2012* |

CERTIFICATE OF SERVICE OF
ADMINISTRATIVE ORDER NO. 12 REPORT

I, Brett Josef Schmidthuber, a non-attorney, certify under penalties as provided under 28 U.S.C. Sec. 1746 that on April 20, 2012, I served an Administrative Order No. 12 Report and this Certificate of Service for the above captioned matter via electronic-mail[1] to all Counsel of record on the attached service list.

Dated: *April 20, 2012*

*[signature]*

Brett Josef Schmidthuber
Legal Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 fax

---

[1] Utilizing the web-based file transfer service YouSendIt™

## Service List
*Pehlke v. A.O. Smith Corporation, et al.,*
E.D.-PA Case No. 2:12-CV-60049
Updated April 20, 2012

**Attorney for A.O. Smith Corporation**
*(appearance only on N.D.-IL Docket)*
Samuel C. Hall, Jr.
Crivello Carlson, S.C.
710 North Pankinton Avenue
Suite 500
Milwaukee, WI 53202
Ph: (414) 271-7722
Email: shall@crivellocarlson.com

**Attorney for A.W. Chesterton Company, Dap Products Inc., and Zurn Industries**
Shawn Patrick Babiuch
Segal, McCambridge, Siner & Mahoney Ltd.
Sears Tower
233 S. Wacker Dr., Ste. 5500
Chicago, IL 60606
Ph: (312) 645-7800
Email: sbabiuch@smsm.com

**Attorneys for Borg-Warner Inc.**
Bradley C. Nahrstadt
Williams Montgomery & John Ltd.
233 D. Wacker Drive, Suite 6100
Chicago, IL 60606
Ph: (312) 443-3200
jtb@willmont.com

**Attorney for CBS Corporation and Elliott Company I**
*(appearance only on N.D.-IL Docket)*
Joseph Philip Rejano
Foley & Mansfield
55 West Monroe
#34030
Chicago, IL 60603
Ph: (312) 254-3800
Email: jrejano@foleymansfield.com

**Attorney for Crane Co.**
Michael J. Zukowski
KL Gates
KL Gates Center
201 Sixth Avenue
Pittsburgh, PA 15222-2613
Ph: (412) 355-6500
Email: michael.zukowski@ktgates.com

**Attorney for Dana Corporation and Dana Holding Corporation**
*(appearance only on N.D.-IL Docket)*
Lance E. Mueller
Herrling Clark Law Firm Ltd.
800 N. Lynndale Drive
Appleton, WI 54914
Ph: (920) 883-3249
Email: lmueller@celba.com

**Attorneys for General Electric Company**
John Anthony Fonstad
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Ph: (312) 853-0752
Email: jfonstad@sidley.com

Maja C. Eaton
Sidley Austin Brown & Wood
One S. Dearborn St.
Chicago, IL 60603
Ph: (312) 853-7000
Email: meaton@sidley.com

**Attorney for ITT Corporation**
Jeffrey E. Rogers
McGuire Woods
77 W. Wacker Dr., Ste. 4100
Chicago, IL 60601
Ph: (312) 750-8686
Email: mdl@mcguirewoods.com

**Attorney for Metropolitan Life Insurance Company**
*(appearance only on N.D.-IL Docket)*
Douglas L. Prochnow
Edwards Wildman Palmer LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229
Ph: (312) 201-2000
Email: dprochnow@edwardswildman.com

**Attorney for Owens-Illinois Inc.**
*(appearance only on N.D.-IL Docket)*
Matthew J. Fischer
Schiff Hardin LLP
233 South Wacker Drive
Suite 600
Chicago, IL 60606
Ph: (312) 258-5500
Email: mfischer@schiffhardin.com


**Attorneys for Rapid American Corporation**
Roger K. Heidenreich
SNR Denton US LLP
One Metropolitan Sq., Ste. 3000
St. Louis, MO 63102-2741
Ph: (314) 241-1800
Email: roger.heidenreich@snrdenton.com

C. Kate Douglas
SNR Denton US LLP
One Metropolitan Sq., Ste. 3000
St. Louis, MO 63102-2741
Ph: (314) 241-1800
Email: kate.douglas@snrdenton.com


**Attorney for Rockwell Automation, Inc.**
Eric D. Carlson
Crivello Carlson S.C.
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Ph: (414) 271-7722
Email: ecarlson@crivellocarlson.com


**Attorney for plaintiff**
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd
220 S. Ashland Avenue
Chicago, IL 60607
Ph: (312) 944-0600
Email: mcascino@cvlo.com


**PARTIES WITH NO COUNSEL OF RECORD:**
Buffalo Pumps Inc.
Foster Wheeler LLC
H.B. Fuller Company
Ingersoll-Rand Company
Pentair Pump Group, Inc.
Trane U.S. Inc.
Uniroyal Inc.

**Certificate of Service**

      I hereby certify that on April 20, 2012, I electronically filed the foregoing with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.


/S/ Michael P. Cascino, Esq.
Attorneys for Plaintiff

Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600